Concetta Sagone, as Administratrix, v. David C. Mackey.— Motion for reargument denied; motion to go to Court of Appeals granted. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Samuel Hertz v. George A. Wheelock.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Samuel Hertz v. George A. Wheelock.— Motion for stay denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Louis Sherry v. Federal Terra Cotta Company.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Annie Farley, as Administratrix, etc., v. Peter J. Carey and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of Harry C. W. Melick, as Coadministrator, etc., of Jacob J. Brush, Deceased.— Motions denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Mary Canepari, as Administratrix, v. Bernheimer & Schwartz Pilsener Brewing Company.— Motions denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

B. Altman & Company v. Sydco Photoplay Corporation.— Motion granted. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Susanna Schleich, as Administratrix, etc., v. Paul Schleich.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Agnes Carley v. Midland Beach Company and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Hyman Wakschal, an Infant, etc., v. David Wasser.— Motion granted. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Charles Altschueler v. Maurice Brower.— Motion granted. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Count Jean Krasicki v. Universal Tool Steel Company, Ltd.— Motion granted. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

The People of the State of New York v. Ralph Guarano.— Motion granted. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

George A. Colvin v. Post Mortgage and Land Company.— Motion denied, with ten dollars costs. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Walburga C. Meixel v. Charles A. Meixel and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of Northern Bank of New York. In the Matter of Super-